

# Fourth Court of Appeals
## San Antonio, Texas

April 11, 2019

No. 04-19-00152-CV

George L. **HACHAR** Jr.,
Appellant

v.

Heydar **KHALEDI,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVF-000089-D2
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Appellants' brief is due on April 11, 2019. *See* TEX. R. APP. P. 38.6(a). Before the due date, Appellants filed a motion for a fourteen-day extension of time to file the brief.

Appellants' motion is GRANTED. Appellants' brief is due on April 25, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court